593 A.2d 836

**COMMONWEALTH**

**v.**

**Angel VALETTE, Petitioner.**

Supreme Court of Pennsylvania.

July 8, 1991.

Petition granted limited to examining the parameters of the theory of constructive possession, No. 6 M.D. Appeal Docket 1991.